AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Beaver Equities Group, L.P. <br><br> *Plaintiff(s)* <br> v. <br> Robert Grgurev; Ferdo Grgurev; Natalia Grgurev; Omer Grgurev; Michelle Grgurev; Ocinomled, Ltd. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-02243 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Grgurev, 12 West 17th St., Apt. 12, NY, NY 10011
Ferdo Grgurev, 536 Floyd Street, Englewood Cliffs, NJ 07632
Natalia Grgurev, 536 Floyd Street, Englewood Cliffs, NJ 07632
Omer Grgurev, 235 Dorin Court Road, Fort Lee, NJ 07024
Michelle Grgurev, 235 Dorin Court Road, Fort Lee, NJ 07024
Ocinomled, Ltd., (Address Unknown)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Coppe                    AND         Neil D. Greenstein
Rose & Rose                               TechMark
291 Broadway, 13th Floor                  1934 Old Gallows Rd., 3rd Floor
New York, New York 10007                  Vienna, VA 22182
Tel: 212-349-3366                         Tel: 571-206-4840

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-02243

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: